Will,
The date and time on this sheet I wrote on this page.

Server _____
Title  Process Server
Date 12-17-13 Time 20:15
P/S _____

COPY

1  A. Clifford Edwards
   Roger W. Frickle
2  EDWARDS, FRICKLE & CULVER
   Suite 206
3  1648 Poly Drive
   Billings, MT 59102
4  Telephone:  (406) 256-8155

5
   Robert J. Savage
6  SAVAGE LAW FIRM
   121 Fifth Street Southwest
7  PO Box 1105
   Sidney, Montana  59770
8  Telephone:  (406) 433-9770

9  Attorneys for the Plaintiff

10

11
       MONTANA SEVENTH JUDICIAL DISTRICT, RICHLAND COUNTY, MONTANA
12

13 * * * * * * * * * * * * * * * * *
   LEROY BURTON,                     )        Cause No. DV-13-140
14                                   )
                Plaintiff,           )
15                                   )
   -vs-                              )
16                                   )
   REED TAYLOR HOBUSH, HARPER        )            **SUMMONS**
17 EXCAVATING, INC., AND JOHN DOES   )
   I-V,                              )
18                                   )
                Defendants.          )
19 * * * * * * * * * * * * * * * * *

20

21
       THE STATE OF MONTANA TO THE ABOVE-NAMED DEFENDANT:
22
       REED TAYLOR HOBUSH
23     5043 Petroleum Park Drive
       Williston, ND   58801
24

25                             -1-

3

1
2   A lawsuit has been filed against you.
3   Within twenty-one (21) days after service of this Summons on you
4   or 42 days if you are the State of Montana, a state agency, or a
5   state officer or employee), you must serve on the Plaintiff an
6   Answer to the attached Complaint or a motion under Rule 12 of
7   the Montana Rules of Civil Procedure.  Do not include the day
8   you were served in your calculation of time.  The answer or
9   motion must be served on Plaintiff or Plaintiff's attorneys, if
10  Plaintiff is represented by an attorney, whose name and address
11  are listed above.
12      If you fail to respond, judgment by default will be entered
13  against you for the relief demanded in the Complaint.
14
15      DATED this __21st__ day of November, 2013.
16
17                              _Janice Klempil_
                                CLERK OF DISTRICT COURT
18  (COURT SEAL)
                                By _/s/ Alli Nelson_
19
20
21
22
23
24  J BURTON.HOBUSHSUMMONS
25                          -2-

FILED *Janice Klempel*
CLERK OF DISTRICT COURT
NOV 2 1 2013
BY ANielson
DEPUTY

1  A. Clifford Edwards
   Roger W. Frickle
2  EDWARDS, FRICKLE & CULVER
   Suite 206
3  1648 Poly Drive
   Billings, MT 59102
4  Telephone:  (406) 256-8155

5  Robert J. Savage
   SAVAGE LAW FIRM
6  121 Fifth Street Southwest
   PO Box 1105
7  Sidney, Montana  59770
   Telephone:  (406) 433-9770
8
   Attorneys for the Plaintiff
9

10

   MONTANA SEVENTH JUDICIAL DISTRICT, RICHLAND COUNTY, MONTANA
11

12 * * * * * * * * * * * * * * * * *
   LEROY BURTON,                    )          Cause No. DV-13-140
13                                  )
                                    )
14          Plaintiff,               )
                                    )
15 -vs-                             )
                                    )
16 REED TAYLOR HOBUSH, HARPER       )    **COMPLAINT AND DEMAND**
   EXCAVATING, INC., AND JOHN DOES  )    **FOR JURY TRIAL**
17 I-V,                             )
                                    )
18          Defendants.             )
   * * * * * * * * * * * * * * * * *
19

20      PLAINTIFF, LEROY BURTON, for his claims against the

21 Defendants states and alleges as follows:

22

23

24

25                              -1-

I.

Plaintiff, LEROY BURTON, is a resident of Richland County, Montana.

II.

Upon information and belief, Plaintiff alleges that Defendant, REED TAYLOR HOBUSH, is and was a resident of Williston, Williams County, North Dakota, at all times material herein.

III.

Upon information and belief, Plaintiff alleges that Defendant, HARPER EXCAVATING, INC., is a Utah corporation not authorized to do business within the State of Montana, at all times material herein.

IV.

The true names and capacities of DOES I-V are unknown to the Plaintiff, who, therefore sue said Defendants under these fictitious names. On information and belief, Defendants DOES I-V, inclusive, (i) directly participated in or assisted in the performance of the wrongful acts and omissions described herein, although the full extent of their involvement is unknown at this time, OR (ii) conspired with the named parties in this case to perform the wrongful acts and omissions described below, although the full extent of their involvement is unknown at this

time, OR (iii) acted as principals or agents, actual or ostensible, of other named parties in this case in performing the wrongful acts and omissions described below, although the full extent of their involvement is unknown at this time. Plaintiff thus believes that Defendant DOES I-V, inclusive, are liable for the damages and other relief sought in this case as participants, co-conspirators, principals or agents, or are otherwise necessary or indispensable parties to adjudication of the issues involved in this case. When the true names and capacities of DOES I-V, inclusive, have been ascertained, appropriate amendments of this Claim will be filed.

V.

Plaintiff is further informed, believes and thereon alleges that at all times herein mentioned all Defendants, including DOES I-V, inclusive, (i) jointly perpetrated the acts described herein with their Co-Defendants, (ii) were the successors in interest to, or agents, principals, partners, joint venturers, or co-conspirators of their Co-Defendants in doing the things herein alleged and were acting within the scope and authority or in furtherance of a common scheme or design with the knowledge, permission, consent or ratification of their Co-Defendants in doing the things herein alleged and therefore are liable, jointly and severally, for all damages and other relief or

remedies sought by Plaintiff in this action.

VI.

On April 23, 2012, at approximately 1:59 o'clock p.m., Defendant Hobush was traveling north in the 400 Block of North Central Avenue on Montana Highway 16 in Sidney, Montana in a motor vehicle owned by Defendant Harper Excavating, Inc. At such time and place, Defendant Hobush negligently collided with the rear end of a motor vehicle driven by Plaintiff which was lawfully stopped awaiting another vehicle to make a left hand turn.

VII.

Defendant Hobush operated the vehicle he was driving in a careless, reckless and negligent manner causing it to collide with the vehicle driven by Plaintiff which resulted in severe and debilitating injuries to Plaintiff.

VIII.

Defendant Harper Excavating, Inc. is vicariously liable for the negligent acts and omissions of its employee, Defendant Hobush.

IX.

Defendant Harper Excavating, Inc. is independently negligent in failing to adequately train and supervise its employee, Defendant Hobush.

X.

As a direct and proximate/legal result of the negligence and carelessness of the Defendants, Plaintiff Leroy Burton suffered serious and permanent injuries and sustained, and will sustain in the future, medical expenses and physical and emotional pain and suffering.

WHEREFORE, Plaintiff seeks judgment against Defendants for an amount to compensate him for his past and future medical expenses, pain, suffering and disability plus interests, costs and disbursements and such other and further relief as the Court may deem just and equitable.

DATED this 21st day of November, 2013.

        EDWARDS, FRICKLE & CULVER

        &

        THE SAVAGE LAW FIRM

By _____
    Robert J. Savage
    Attorneys for Plaintiff

**DEMAND FOR JURY TRIAL**

Plaintiff demands a trial by jury on all such issues so triable.

DATED this 21st day of November, 2013.

          EDWARDS, FRICKLE & CULVER

          &

          THE SAVAGE LAW FIRM

By *[signature]*
Robert J. Savage
Attorneys for Plaintiff

J BURTON.COMPLAINT

-6-